# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY M. THORNS,<br>　　　　　　　　Plaintiff(s),<br>vs.<br>REPUBLIC SERVICES,<br>　　　　　　　　Defendant(s). | Case No. 2:12-cv-01466-JCM-NJK<br>**ORDER** |

Plaintiff Stanley M. Thorns is proceeding in this action *pro se*, and has submitted documents in an effort to initiate this case (Dkt. #1) on August 17, 2012.  Plaintiff has not, however, submitted the $350 filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*.

In order to proceed with his case, Plaintiff must either pay the filing fee or submit the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them.

Accordingly,

**IT IS ORDERED:**

1.  The Clerk of Court shall retain Plaintiff's case-initiating documents at Docket No. 1.
2.  Plaintiff shall either make the necessary arrangements to pay the $350 filing fee, accompanied by a copy of this order, or file a Application to Proceed *in Forma Pauperis*.
3.  The Clerk of the Court shall send Plaintiff a blank application form.

//

4.   Plaintiff must comply with this order no later than August 23, 2013. Failure to comply will result a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

Dated this 25th day of July, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2