1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STANLEY M. THORNS,                          )
                                            )       Case No. 2:12-cv-01466-JCM-NJK
                         Plaintiff(s),      )
                                            )       **ORDER**
vs.                                         )
                                            )
REPUBLIC SERVICES,                          )
                                            )
                         Defendant(s).      )
_____)

Plaintiff Stanley M. Thorns is proceeding in this action *pro se*, and has submitted documents in an effort to initiate this case (Dkt. #1) on August 17, 2012.  Plaintiff has not, however, submitted the $350 filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*.

In order to proceed with his case, Plaintiff must either pay the filing fee or submit the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them.

Accordingly,

**IT IS ORDERED:**

1.    The Clerk of Court shall retain Plaintiff's case-initiating documents at Docket No. 1.

2.    Plaintiff shall either make the necessary arrangements to pay the $350 filing fee, accompanied by a copy of this order, or file a Application to Proceed *in Forma Pauperis*.

3.    The Clerk of the Court shall send Plaintiff a blank application form.

//

4.      Plaintiff must comply with this order no later than August 23, 2013.  Failure to comply will result a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

Dated this 25th day of July, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2