**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| STANLEY M. THORNS, | |
| Plaintiff(s), | 2:12-cv-01466-JCM-NJK |
| v. | |
| REPUBLIC SERVICES, | **REPORT & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| Defendant(s). | |

Plaintiff Stanley M. Thorns is proceeding in this action *pro se*. Because the Court granted Plaintiff's request to proceed *in forma pauperis,* the Court screened the complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 6. The Court found that Plaintiff's complaint was deficient because Plaintiff failed to state a claim for which relief could be granted. *Id.* at 2-3. The Court granted Plaintiff leave to amend his complaint, requiring that an amended complaint be filed no later than November 7, 2013. *Id.* at 4. The Court indicated that "[f]ailure to comply with this Order will result in the recommended dismissal of this case, without prejudice." *Id.*

To date, the Court has not received an amended complaint or a motion to extend the deadline for filing one.

In addition, notice of the Court's order screening Plaintiff's complaint was returned to the Court as undeliverable. *See* Docket No. 10. As such, it appears that Plaintiff has moved without updating his address with the Court. Pursuant to Local Special Rule 2-2, plaintiffs "shall

immediately file with the Court written notification of any change of address. . . . Failure to comply with this Rule may result in dismissal of the action with prejudice."

Accordingly, **IT IS THE RECOMMENDATION** of the undersigned United States Magistrate Judge that this case be **DISMISSED** without prejudice.

## NOTICE

Pursuant to Local Rule IB 3-2 **any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within 14 days of service of this document.** The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: November 8, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge